**BILLHORN LAW FIRM**

## CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff **CHARLES CARTER**, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **WE PUSH FOR PEACE and TREHERN POLLARD, individually,** and by the signature below, **CHARLES CARTER**, hereby consents to be a Party-Plaintiff in said lawsuit.

DocuSigned by:

*Charles Carter*

F9B4827377F0418...

CLIENT'S SIGNATURE

DATE: 5/16/2023

**PAGE 1 OF 1**

**Chicago Office**: 53 W. Jackson Blvd., St. 1137, Chicago, IL 60604 | 312-853-1450
**Denver Office**: 7900 E. Union Av., Suite 1100, Denver, CO 80237 | 720-386-9006