**BILLHORN**
    **LAW**
        **FIRM**

---

## CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff **ROBERT LUMPKIN**, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **WE PUSH FOR PEACE and TREHERN POLLARD, individually,** and by the signature below, **ROBERT LUMPKIN**, hereby consents to be a Party-Plaintiff in said lawsuit.

*R. Lumpkin* (DocuSigned)
—4ADE417736B0419...
CLIENT'S SIGNATURE

DATE: 5/16/2023

**PAGE 1 OF 1**

**Chicago Office**: 53 W. Jackson Blvd., St. 1137, Chicago, IL 60604 | 312-853-1450
**Denver Office**:  7900 E. Union Av., Suite 1100, Denver, CO 80237 | 720-386-9006