UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CARTER and ROBERT LUMPKIN, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WE PUSH FOR PEACE, and TRAHERN POLLARD, individually,<br><br>　　　　Defendants. | Case No.: 1:23-cv-04201 |

## NOTICE OF FILING

TO:　John W. Billhorn
　　　Samuel D. Engelson
　　　BILLHORN LAW FIRM
　　　53 W. Jackson Blvd., Suite 1137
　　　Chicago, IL  60604

　　　PLEASE TAKE NOTICE that on September 6, 2023, I caused to be e-filed with the Northern District of Illinois Eastern Division, located at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604, **Defendant Trahern Pollard's Answer to Complaint and Affirmative Defenses**, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Ronald B. Kowalczyk

Ronald B. Kowalczyk (ARDC #6274373)
KELLEHER + HOLLAND, LLC
Attorneys for Plaintiff
102 S. Wynstone Park Drive
North Barrington, IL 60010
(847) 382-9195
rkowalczyk@kelleherholland.com

## CERTIFICATE OF SERVICE

　　　The undersigned certifies that he caused a copy of this Notice and the document referenced in it to be served on all attorneys of record via the Court's CM/ECF electronic filing system on September 6, 2023.

　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald B. Kowalczyk

1